UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――― X
TERRY KLEIN, derivatively on behalf of    :
GREEN PLAINS, INC.,                        :
                                           :
              Plaintiff,                       :
    v.                                    :
                                           :  No. 1:15-CV-08145
CADIAN CAPITAL MANAGEMENT, LP,             :
CADIAN FUND LP, CADIAN MASTER              :  STIPULATION AND
FUND LP, CADIAN GP, LLC, CADIAN            :  ~~PROPOSED~~ ORDER
CAPITAL MANAGEMENT GP, LLC, ERIC           :
BANNASCH and GREEN PLAINS, INC.,           :
                                           :
             Defendants.                       :
                                           :
―――――――――――――――――――――― X

    Plaintiff Terry Klein and defendants Cadian Capital Management, LP, Cadian Fund LP, Cadian Master Fund LP, Cadian GP, LLC, Cadian Capital Management GP, LLC, and Eric Bannasch (together, the "Cadian Entities"), by their respective undersigned counsel, hereby state as follows:

    WHEREAS, Plaintiff filed the complaint in this action in this Court on October 15, 2015; and

    WHEREAS, the Complaint in this action alleges that the Cadian Entities engaged in short-swing trading resulting in disgorgeable profits in connection with the purchase of certain securities of Green Plains, Inc.; and

    WHEREAS, another case is currently pending before this Court captioned *Greenfield v. Cadian Capital Management, LP et al.*, Case No. 1:15-CV-04478 (the "Infoblox Case") in which a plaintiff alleges that the Cadian Entities engaged in short-swing trading in connection with the purchase of certain securities of Infoblox, Inc.; and

WHEREAS, the non-issuer defendants in the Infoblox Case are identical to the Cadian Entities named as defendants in this case and plaintiffs designated this matter as "related to" the Infoblox Case; and

WHEREAS, during a pre-motion conference held on November 6, 2015, the Court granted the Cadian Entities leave to file a motion to dismiss the complaint in the Infoblox Case, which is due to be fully submitted to the Court on or before February 5, 2016; and

WHEREAS, the parties to this case recognize that the Court's decision as to the motion to dismiss in the Infoblox Case may clarify many of the issues in this case; and

WHEREAS, the Cadian Entities and the plaintiffs in this case and the Infoblox Case agree that the two cases share one or more questions of law; and

WHEREAS, the parties acknowledge that a stay of this case pending the decision on the motion to dismiss the complaint in the Infoblox Case will serve the interests of judicial economy, and will conserve the time, money and resources of all parties;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the proceedings in this case shall be stayed pending the Court's issuance of a decision on the Cadian Entities' motion to dismiss the complaint in the Infoblox Case.

This stay shall not alter the substantive and other procedural rights of the parties and such rights are not waived and are expressly reserved.

The Cadian Entities shall not be required to file any response to the complaint in this case until forty-five (45) days after a decision is issued on the motion to dismiss the complaint in the Infoblox Case.

Dated: New York, New York
       November 13, 2015

| AKIN GUMP STRAUSS HAUER & FELD LLP | CHONG, FLAHERTY & BROITMAN, P.C. |
|---|---|
| By: /s/ Douglas A. Rappaport | By: _____ |
| Douglas A. Rappaport | Glenn F. Ostrager |
| Jessica Oliff Daly | Joshua Seth Broitman |
| One Bryant Park | Roberto Legaspi Gomez |
| New York, NY 10036 | 570 Lexington Avenue 17th Floor |
| Darappaport@akingump.com | New York, NY 10022 |
| Jodaly@akingump.com | Phone: (212) 681-0600 |
| *Counsel for Defendants Cadian Capital Management, LP, Cadian Fund LP, Cadian Master Fund LP, Cadian GP, LLC, Cadian Capital Management GP, LLC, and Eric Bannasch* | Fax: (212) 681-0300 |
| | Gostrager@ocfblaw.Com |
| | Jbroitman@ocfblaw.Com |
| | Rgomez@ocfblaw.Com |
| | *Co-Counsel for Plaintiff Terry Klein* |

| HUSCH BLACKWELL | PAUL D. WEXLER |
|---|---|
| By: /s/ | By: /s/ |
| Jeffrey T. Haughey | Paul D. Wexler, Attorney at Law |
| Lyndsey J. Conrad | 110 E. 59th Street, 23rd Fl |
| Wells Fargo Center | New York, NY 10022 |
| 1700 Lincoln Street, Ste 4700 | Phone: 212-317-0777 |
| Denver, CO 80203 | Fax: 212-223-4911 |
| Phone: 303-749-7200 | Paulwexler@kvwmail.com |
| Fax: 303-749-7272 | *Co-Counsel for Plaintiff Terry Klein* |
| jeff.haughey@huschblackwell.com | |
| lyndsey.conrad@huschblackwell.com | |
| *Counsel for Nominal Defendant Green Plains Inc.* | |

So Ordered:

_____
*Honorable Edgardo Ramos USDJ*

3

Dated: New York, New York
November 13, 2015

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Douglas A. Rappaport
Jessica (Jill) Daly
One Bryant Park
New York, NY 10036
Drappaport@akingump.com
jodaly@akingump.com
*Counsel for Defendants Cadian Capital
Management, LP, Cadian Fund LP, Cadian Master
Fund LP, Cadian GP, LLC, Cadian Capital
Management GP, LLC, and Eric Bannasch*

CHONG, FLAHERTY & BROITMAN, P.C.

By: _____
Glenn F. Ostrager
Joshua Seth Broitman
Roberto Legaspi Gomez
570 Lexington Avenue 17th Floor
New York, NY 10022
Phone: (212) 681-0600
Fax: (212) 681-0300
Gostrager@ocfblaw.Com
Jbroitman@ocfblaw.Com
Rgomez@ocfblaw.Com
*Co-Counsel for Plaintiff Terry Klein*

HUSCH BLACKWELL

By: _____
Jeffrey T. Haughey
Lyndsey J. Conrad
Wells Fargo Center
1700 Lincoln Street, Ste 4700
Denver, CO 80203
Phone: 303-749-7200
Fax: 303-749-7272
jeff.haughey@huschblackwell.com
lyndsey.conrad@huschblackwell.com
*Counsel for Nominal Defendant Green Plains Inc.*

PAUL D. WEXLER

By: _____
Paul D. Wexler, Attorney at Law
110 E. 59th Street, 23rd Fl
New York, NY 10022
Phone: 212-317-0777
Fax: 212-223-4911
Paulwexler@kvwmail.com
*Co-Counsel for Plaintiff Terry Klein*

So Ordered:

_____ 11/20/2015
Honorable Edgardo Ramos USDJ

3