OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
COUNSELORS AT LAW

570 LEXINGTON AVENUE
NEW YORK, NY 10022-6837
TEL: (212) 681-0600
FAX: (212) 681-0300

GLENN F. OSTRAGER
gostrager@ocfblaw.com

February 25, 2019

**VIA ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Qlik Technologies, Inc. v. Cadian Capital Management, LP*, 15-cv-08140-ER ("*Qlik*")
    *Green Plains, Inc. v. Cadian Capital Management, LP*, 15-cv-8145-ER ("*Green Plains*")

Dear Judge Ramos:

We are co-counsel for the plaintiffs in both actions and write to advise that the parties have reached settlements in principle in both actions. The parties will file Stipulations of Dismissal this week. We request that the Court vacate the summary judgment and discovery schedules, respectively set forth in *Green Plains* (Dkt. #68) and *Qlik* (Dkt. #72).

Respectfully,

Glenn F. Ostrager

cc: All counsel