**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————— X

GREEN PLAINS, INC.,

             Plaintiff,

   v.

CADIAN CAPITAL MANAGEMENT, LP,
CADIAN FUND LP, CADIAN MASTER
FUND LP, CADIAN GP, LLC, CADIAN
CAPITAL MANAGEMENT GP, LLC, and
ERIC BANNASCH,

             Defendants.

————————————————————— X

: No. 1:15-CV-08145-ER

: **STIPULATION OF DISMISSAL WITH**
: **PREJUDICE**

**IT IS HEREBY STIPULATED** by the parties through their respective attorneys that this action be dismissed with prejudice, each party to bear their own costs.

Dated: March 21, 2019
       New York, New York

[*Signatures on following page*]

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**
1:15-cv-08145 (Ramos, J.)

Dated: New York, New York
       March 21, 2019

_____
Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com

_____
Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management, LP, Cadian Fund LP, Cadian Master Fund LP, Cadian GP, LLC, Cadian Capital Management GP, LLC, and Eric Bannasch*

_____
Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Green Plains, Inc.*

SO ORDERED:

_____
*Honorable Edgardo Ramos USDJ*
New York, New York
March __, 2019

2

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**1:15-cv-08145 (Ramos, J.)**

Dated: New York, New York
March 21, 2019

_____
Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com

_____
Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management, LP, Cadian Fund LP, Cadian Master Fund LP, Cadian GP, LLC, Cadian Capital Management GP, LLC, and Eric Bannasch*

_____
Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Green Plains, Inc.*

SO ORDERED:

_____
*Honorable Edgardo Ramos USDJ*
New York, New York
March ___, 2019

## STIPULATION OF DISMISSAL WITH PREJUDICE
### 1:15-cv-08145 (Ramos, J.)

Dated: New York, New York
       March 21, 2019

_____
Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com

_____
Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management, LP, Cadian Fund LP, Cadian Master Fund LP, Cadian GP, LLC, Cadian Capital Management GP, LLC, and Eric Bannasch*

_____
Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Green Plains, Inc.*


SO ORDERED:

_____
*Honorable Edgardo Ramos USDJ*
New York, New York
March __, 2019

2