USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___3/22/2019___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————— X

GREEN PLAINS, INC.,                              :
                                                 :
                                                 :
                     Plaintiff,                  :
          v.                                     :
                                                 : No. 1:15-CV-08145-ER
CADIAN CAPITAL MANAGEMENT, LP,                   :
CADIAN FUND LP, CADIAN MASTER                    : **STIPULATION OF DISMISSAL WITH**
FUND LP, CADIAN GP, LLC, CADIAN                  : **PREJUDICE**
CAPITAL MANAGEMENT GP, LLC, and                  :
ERIC BANNASCH,                                   :
                                                 :
                     Defendants.                 :
                                                 :
———————————————————— X

     **IT IS HEREBY STIPULATED** by the parties through their respective attorneys that this

action be dismissed with prejudice, each party to bear their own costs.


Dated: March 21, 2019
     New York, New York


*[Signatures on following page]*


1

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**1:15-cv-08145 (Ramos, J.)**

Dated:  New York, New York
       March 21, 2019

_____

Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com

_____

Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management,
LP, Cadian Fund LP, Cadian Master Fund
LP, Cadian GP, LLC, Cadian Capital
Management GP, LLC, and Eric Bannasch*

_____

Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Green Plains, Inc.*

SO ORDERED:

_____

*Honorable Edgardo Ramos USDJ*
New York, New York
March __, 2019

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**1:15-cv-08145 (Ramos, J.)**

Dated:  New York, New York
         March 21, 2019


Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com


Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management,*
*LP, Cadian Fund LP, Cadian Master Fund*
*LP, Cadian GP, LLC, Cadian Capital*
*Management GP, LLC, and Eric Bannasch*


Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Green Plains, Inc.*



SO ORDERED:


*Honorable Edgardo Ramos USDJ*
New York, New York
March ___, 2019

2

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**1:15-cv-08145 (Ramos, J.)**

Dated:  New York, New York
        March 21, 2019


_____

Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com


_____

Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Green Plains, Inc.*


_____

Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management,*
*LP, Cadian Fund LP, Cadian Master Fund*
*LP, Cadian GP, LLC, Cadian Capital*
*Management GP, LLC, and Eric Bannasch*


SO ORDERED:

_____

Edgardo Ramos, U.S.D.J
Dated: ___3/22/2019_____
New York, New York

2